UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBERT J. SMITH,<br><br>  Plaintiff,<br><br>  v.<br><br>C. HERNANDEZ, et al.,<br><br>  Defendants. | Case No.: 1:16-cv-01267-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COPIES<br><br>(ECF No. 25) |

Plaintiff Delbert J. Smith is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

On March 8, 2017, Plaintiff filed the instant motion for copies of filings in this case. Plaintiff states that filings were lost when he was transported. (ECF No. 25.)

Plaintiff is advised that the Court does not ordinarily provide free copies of case documents to parties. The Clerk of Court charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk Office at this Court upon written request and prepayment of the copy fees.

The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents from the Court. Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without costs to an indigent plaintiff except by order of the judge. Here, Plaintiff does not explain which specific filings he is requesting, or the reason why he needs them. The

docket in this matter reflects that Plaintiff's most-recent transfer was several weeks ago, in January 2017, before any Defendants appeared in this case. The activity in this action prior to that time was relatively minimal.

Accordingly, Plaintiff's motion for copies of filings in this case, filed March 8, 2017 (ECF No. 25), is DENIED.

IT IS SO ORDERED.

Dated: **March 9, 2017**

UNITED STATES MAGISTRATE JUDGE