UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBERT J. SMITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. HERNANDEZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-01267-LJO-SAB (PC)<br><br>ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE AS TO CERTAIN CLAIMS AND DEFENDANTS<br><br>ORDER SETTING DEADLINE FOR ANSWER TO FIRST AMENDED COMPLAINT<br><br>(ECF Nos. 32, 66) |

Plaintiff Delbert J. Smith is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

This action previously proceeded on Plaintiff's complaint against Defendants Hernandez, Cramer, and Zuniga for excessive force in violation of the Eighth Amendment. (ECF No. 1.) Defendants filed an answer on January 31, 2017. (ECF No. 16.) The Court issued a discovery and scheduling order on February 1, 2017. (ECF No. 17.)

On August 3, 2017, Plaintiff filed a first amended complaint. (ECF No. 32.) On November 9, 2017, the Court screened the first amended complaint, and issued findings and recommendations to dismiss certain claims and Defendants. (ECF No. 43.)

///

1

On March 2, 2018, the Court reassigned this case to a new District Judge. (ECF No. 56.) On July 9, 2018, the District Judge ruled that this action shall proceed against Defendants Hernandez, Flores-Alvarenga, Zuniga, and Cramer for excessive force in violation of the Eighth Amendment and retaliation in violation of the First Amendment, and against Defendant Hernandez for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment.

Defendants Hernandez, Zuniga, and Cramer have already been served and appeared in this action, and therefore a deadline must be set for them to respond to the current first amended complaint upon which this case now proceeds. Defendant Flores-Alvarenga is a new party to this action, and therefore the Court finds it necessary to initiate service of process on that defendant.

Accordingly, the Court HEREBY ORDERS as follows:

1. Defendants Hernandez, Zuniga, and Cramer shall file a response to Plaintiff's first amended complaint, on or before **July 24, 2018**;

2. Service shall be initiated against **Correctional Officer Flores-Alvarenga, employed at California Correctional Institute, Tehachapi, at Housing Unit 6B, A-Yard, on March 1, 2016**;

3. The Clerk of the Court shall send to Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint, filed on August 3, 2017 (ECF No. 32);

4. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. One completed summons for each defendant listed above;

    b. One completed USM-285 form for each defendant listed above; and

    c. Two (2) copies of the endorsed first amended complaint, filed on August 3, 2017;

5. Plaintiff need not attempt service on any defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

///

6. <u>Plaintiff is warned that his failure to comply with this order will result in a recommendation to dismiss any unserved defendant from this action</u>.

IT IS SO ORDERED.

Dated:  **July 10, 2018**

_____
UNITED STATES MAGISTRATE JUDGE